

Boston  Brussels  Chicago  Dusseldorf  Frankfurt  Houston  London  Los Angeles  Miami
Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

Andrew B. Kratenstein
Attorney at Law
akratenstein@mwe.com
+1 212 547 5695

September 12, 2014

**BY ECF AND HAND**

The Honorable Sidney H. Stein
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *In the Matter of the Petition for the Appointment of an Arbitrator in the Arbitration Between Hamilton Properties Limited v. FHR Gulf Management FZ LLC and Fairmont Hotels & Resorts (U.S.) Inc.*, 14 civ. 6507

Dear Judge Stein:

We represent Petitioner Hamilton Properties Ltd. ("Hamilton") in the above-referenced action. Pursuant to the Court's Individual Practices, I have enclosed herewith a complete set of courtesy copies of all papers filed by the parties concerning Hamilton's Petition for the Appointment of an Arbitrator and the Cross-Petition filed by Respondents FHR Gulf Management FZ LLC and Fairmont Hotels & Resorts (U.S.) Inc.

Hamilton again respectfully requests a prompt hearing on the Petition and Cross-Petition on any day except for September 16, 2014.

Respectfully,

/s/ Andrew B. Kratenstein

Andrew B. Kratenstein

Encls.

cc:  All counsel w/o encls. via ECF

DM_US 54962056-1 080822 0015

U.S. practice conducted through McDermott Will & Emery LLP.
340 Madison Avenue  New York, New York  10173-1922  Telephone: +1 212 547 5400  Facsimile: +1 212 547 5444  www.mwe.com