```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/30/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

In the Matter of the Petition for the Appointment  :   14-Cv-6507 (SHS)
of an Arbitrator in the Arbitration Between
                                                   :
HAMILTON PROPERTIES LIMITED,
                                                   :
            Petitioner,
                                                   :
        -against-                                      ORDER
                                                   :
FHR GULF MANAGEMENT FZ L.L.C., and
FAIRMONT HOTELS & RESORTS (U.S.) INC.,              :

            Respondents.                           :

------------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

      A pretrial conference having been held today, with counsel for all parties present,

      IT IS HEREBY ORDERED that, for the reasons set forth on the record:

      1.    The petitioner's petition for appointment of an arbitrator is denied;

      2.    The respondents' cross petition for appointment of an arbitrator is granted;

and

      3.    The Court appoints Gerald Aksen as the sole arbitrator.

Dated: New York, New York
       October 30, 2014

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.